*June 22, 2017*

2017-Ohio-4433.]

**2017–0188. Georgetown/Chase Phase I, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2015–1903 and 2015–1904. On joint motion to remand. Motion granted. Cause remanded to the Board of Tax Appeals.